# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL DEAN EDWARDS,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 85447

FILED

NOV 02 2022

*[clerk signature]*

CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of certiorari. Petitioner challenges the validity of his judgments of conviction, the sentences imposed, and the Nevada Department of Corrections' computation of time served. We have reviewed the documents submitted by petitioner and, without deciding the merits of the claims raised, decline to exercise original jurisdiction in this matter. A challenge to the validity of a judgment of conviction and sentence and the computation of time must be raised in a postconviction petition for a writ of habeas corpus filed in the

22-34382

district court in the first instance.[1]  NRS 34.724(2)(b),(c); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Carl Dean Edwards
       Attorney General/Carson City
       Nye County District Attorney
       Nye County Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS Chapter 34.